IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL 2325

---

THIS DOCUMENT RELATES TO:

EUCEBIA FLORES CORTINAS,

        Plaintiff,

v.                      Civil Action No. 2:14-cv-20684

AMERICAN MEDICAL SYSTEMS, INC.,

        Defendant.

## MEMORANDUM OPINION AND ORDER

On February 8, 2019, a Suggestion of Death was filed by defendant's counsel suggesting the death of Eucebia Flores Cortina during the pendency of this civil action. [ECF No. 12].

Pursuant to Federal Rule of Civil Procedure 25(a) and Pretrial Order ("PTO") # 259 (Requirements for Counsel to Deceased Plaintiffs) filed in *In re: American Medical Systems, Inc., Pelvic Repair System Products Liab. Litig.*, 2:12-md-2325 [ECF No. 6347], the time to substitute a proper party for the deceased party has expired and there has been no motion to substitute the deceased party. Eucebia Flores Cortina is the only plaintiff named in this civil action.

The court **ORDERS** that pursuant to Rule 25(a) and PTO # 259, this case is **DISMISSED without prejudice** and **STRICKEN** from the docket. Any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER: January 29, 2020

        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE